| | | | |
|---|---|---|---|
| Bibbus v. W.C.A.B. (Wood Co.) | 10/07/2015 514 MAL (2015) | Denied | |
| Brown v. Wenerow-icz[7] | 09/30/2015 531 MAL (2015) | Denied | No. 630 CD 2015 |
| Burns v. Blair County, Pa. | 10/07/2015 140 WAL (2015) | Denied | Pa.Cmwlth., 112 A.3d 690 |
| C.O. Revocable Family Trust v. City of Pittsburgh Zoning Bd. of Adjustment | 10/07/2015 225 WAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 817 |
| Cerciello v. Unemployment Compensation Bd. of Review | 11/04/2015 448 MAL (2015) | Denied | |
| Colonial Intermediate Unit #20 v. Colonial Intermediate Unit #20 Educ. Ass'n | 09/29/2015 305 MAL (2015) | Denied | Pa.Cmwlth., 109 A.3d 371 |
| Derry Street Pub, Inc. v. Pennsylvania State Police | 09/29/2015 312 MAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 1240 |
| Electors and Residents of Swatara Tp., In re; Swatara Tp., Com'rs, In re | 10/14/2015 336 MAL (2015) | Denied | No. 528 CD 2015 |

7. Reconsideration Denied November 9, 2015.